AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | United States District Court, Central District of California | 05/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination     Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodian of Accounts JSL 1 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | Director | Federal Bar Association, Orange County |
| 4. | Dierctor | Association of Business Trial Lawers, Orange County |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | O'Melveny & Myers--retirement pension, paid monthly | $116,832.00 |
| 2. 2017 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $21,580.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | January 20-21, 2017 | Stanford, California | Moot court judge | Food, Lodging, Airfare |
| 2. | Association of Business Trial Lawyers | October 4-8, 2017 | LaCosta, California | Annual Meeting, Seminar Participant | Food, Lodging, Mileage |
| 3. | Loa Angeles Intellectual Property Lawyers Ass'n | May 5-7, 2017 | Del Mar, California | Annual Seminar, Speaker | Food, Lodging, Mileage |
| 4. | University Colllege, London/George Washington University | Nov. 8-11, 2017 | Washington, D.C. | Telecommunictions Conference, Speaker | Food, Lodgiing, Airfare |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |
| 8. Time Inc. | A | Dividend | J | T | | | | | |
| 9. Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 10. Corning common | A | Dividend | K | T | | | | | |
| 11. General Electric | D | Dividend | M | T | | | | | |
| 12. Estee Lauder common | A | Dividend | K | T | | | | | |
| 13. Microsoft common | C | Dividend | M | T | | | | | |
| 14. Newell Rubbermaid common | A | Dividend | K | T | | | | | |
| 15. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 16. Tyson Foods Inc. common | B | Dividend | M | T | | | | | |
| 17. Walmart common | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Xcel Energy Inc. common | D | Dividend | N | T | Donated (part) | | | | |
| 19. Charles Schwab Muni Money Fund | A | Dividend | M | T | | | | | |
| 20. Bed Bath & Beyond common | A | Dividend | K | T | | | | | |
| 21. Southwest Airlines common | A | Dividend | L | T | | | | | |
| 22. Consolidated Edison | C | Dividend | L | T | | | | | |
| 23. Pimco Total Return | A | Distribution | M | T | | | | | |
| 24. | C | Dividend | | | | | | | |
| 25. Gabelli Small Cap Growth | A | Distribution | L | T | | | | | |
| 26. Verizon common | B | Dividend | L | T | | | | | |
| 27. CSX common | A | Dividend | L | T | | | | | |
| 28. Alaska Airlines | B | Dividend | L | T | | | | | |
| 29. Apache Oil | A | Dividend | | | Sold | 06/20/17 | K | A | |
| 30. | A | Dividend | K | T | Buy | 08/02/17 | K | | |
| 31. Total S A | C | Dividend | L | T | Buy | 06/20/17 | K | | |
| 32. | | | | | | | | | |
| 33. Held in Account 3: | | | | | | | | | |
| 34. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Time Inc. | A | Dividend | J | T | | | | | |
| 36. Blackhawk Network Holdings | | None | J | T | | | | | |
| 37. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 38. Intel Corp. common | A | Dividend | K | T | | | | | |
| 39. Ford Motor common | A | Dividend | J | T | | | | | |
| 40. Advanced Micro Devices common | | None | K | T | | | | | |
| 41. Caleres Inc. (formery Brown Shoe) | A | Dividend | K | T | | | | | |
| 42. Manitowoc Company common | | None | J | T | | | | | |
| 43. Welbilt, Inc. | | None | K | T | | | | | |
| 44. Safeway CASA Ley Cvr rights | | None | J | T | | | | | |
| 45. Safeway PDC LLC Cvr rights | | None | J | T | | | | | |
| 46. Jet Blue common | | None | K | T | | | | | |
| 47. AT & T | C | Dividend | L | T | | | | | |
| 48. Aronic | A | Dividend | J | T | | | | | |
| 49. Alcoa | | None | K | T | | | | | |
| 50. Arcellor Mittal | | None | J | T | | | | | |
| 51. Kroger Company | A | Dividend | K | T | Buy | 06/21/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Office Depot | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 53. Staples Inc. | A | Dividend | | | Buy | 04/03/17 | J | | |
| 54. | | | | | Sold | 08/25/17 | J | B | |
| 55. | | | | | | | | | |
| 56. Held in Account 4: | | | | | | | | | |
| 57. Duke Energy common | A | Dividend | J | T | | | | | |
| 58. Spectra Energy Corp. | A | Dividend | | | Merged (with line 59) | 02/28/17 | J | A | |
| 59. Enbridge Inc. | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 60. | | | | | Sold (part) | 03/01/17 | J | A | |
| 61. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 62. Charles Schwab Money Market | B | Dividend | K | T | | | | | |
| 63. Bank of America | A | Dividend | J | T | | | | | |
| 64. Caleres Inc. (formerly Brown Shoe) | A | Dividend | J | T | | | | | |
| 65. Cabellas | | None | J | T | | | | | |
| 66. CVS Caremark | A | Dividend | J | T | | | | | |
| 67. Corning | A | Dividend | J | T | | | | | |
| 68. Blackhawk Network Holding | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intel Corporation | A | Dividend | J | T | | | | | |
| 70. Stanlely Black & Decker | A | Dividend | J | T | | | | | |
| 71. Safeway CASA Ley Cvr rights | | None | J | T | | | | | |
| 72. Safeway PDC LLC Cvr rights | | None | J | T | | | | | |
| 73. AT & T common | A | Dividend | J | T | | | | | |
| 74. Sunoco common | A | Dividend | J | T | | | | | |
| 75. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 76. Alaska Airlines | A | Dividend | J | T | | | | | |
| 77. Chico's FAS | A | Dividend | J | T | | | | | |
| 78. IBM | A | Dividend | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. Held in Account 5: | | | | | | | | | |
| 81. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 82. Comcast Corp. common | A | Dividend | L | T | | | | | |
| 83. Supervalu Inc. | | None | J | T | | | | | |
| 84. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 85. Conagra Foods common | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lamb Wesson | A | Dividend | L | T | | | | | |
| 87. Ford Motor Co. common | C | Dividend | L | T | | | | | |
| 88. HP, Inc. | B | Dividend | L | T | | | | | |
| 89. Hewlett Packard Enterprises | A | Dividend | L | T | Sold (part) | 04/03/17 | K | A | |
| 90. | | | | | Sold (part) | 08/31/17 | K | A | |
| 91. DXC Technologies | A | Dividend | K | T | Spinoff (from line 89) | 04/03/17 | K | | |
| 92. Micro Focus Intl | | None | K | T | Spinoff (from line 89) | 08/31/17 | K | | |
| 93. Liberty Interactive (QVCA) | | None | K | T | | | | | |
| 94. Liberty Interactive (LVNTA) | | None | J | T | | | | | |
| 95. Liberty Expedia Holdings (LEXEA) | | None | J | T | | | | | |
| 96. Liberty Media Corp. (LMCA) | | None | | | Sold (part) | 01/01/17 | J | A | |
| 97. | | | | | Sold | 01/10/17 | J | A | |
| 98. Liberty Media Corp, Seiries C (FWONKA) | | None | J | T | Spinoff (from line 96) | 01/01/17 | J | | |
| 99. Liberty Media Corp, Series C (FWONK) | | None | J | T | Spinoff (from line 96) | 01/01/17 | J | | |
| 100. Commercehub Class A | | None | J | T | | | | | |
| 101. Commercehub Class C | | None | J | T | | | | | |
| 102. Liberty Media Corp., Series A Braves (BATRA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Liberty Media Corp., Series C Braves (BATRK) | | None | J | T | | | | | |
| 104. Liberty Media Corp., Series A Liberty Sirius XM (LSXMA) | | None | J | T | | | | | |
| 105. Liberty Media Corp., Series C Liberty Sirius (LSXMK) | | None | J | T | | | | | |
| 106. Liberty Media Corp. (LMCK) | | None | J | T | | | | | |
| 107. Lions Gate Entertainment | | None | J | T | | | | | |
| 108. Mattel Inc. common | A | Dividend | J | T | | | | | |
| 109. Microsoft common | D | Dividend | N | T | | | | | |
| 110. Oralce common | C | Dividend | M | T | | | | | |
| 111. Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 112. Symantec Corp. | A | Dividend | J | T | | | | | |
| 113. Viacom Class B new | C | Dividend | M | T | | | | | |
| 114. CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 115. Waste Management common | B | Dividend | M | T | | | | | |
| 116. Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 117. Charles Schwab Money Market Fund | A | Dividend | O | T | Distributed (part) | 06/27/17 | M | A | |
| 118. Southwest Airlines common | B | Dividend | M | T | | | | | |
| 119. Intel Corp. | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 121. Apache Corporation | B | Dividend | L | T | | | | | |
| 122. Home Depot common | C | Dividend | M | T | | | | | |
| 123. General Electric common | A | Dividend | K | T | | | | | |
| 124. Boeing common | C | Dividend | | | Sold | 09/19/17 | M | G | |
| 125. Rockwell Collins common | B | Dividend | M | T | | | | | |
| 126. Chevron Corp. | C | Dividend | M | T | | | | | |
| 127. CVS Caremark | C | Dividend | M | T | | | | | |
| 128. Northrop Grumman | C | Dividend | | | Sold | 09/18/17 | N | G | |
| 129. DuPont | B | Dividend | | | Merged (with line 130) | 09/17/17 | L | E | |
| 130. DowDupont | B | Dividend | L | T | Buy | 09/17/17 | L | | |
| 131. Chemours Co. | A | Dividend | J | T | | | | | |
| 132. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 133. Verizon | C | Dividend | M | T | | | | | |
| 134. Schlumberger | B | Dividend | L | T | Buy | 06/20/17 | L | | |
| 135. | | | | | | | | | |
| 136. Held in Account : | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 138.  IBM common | A | Dividend | J | T | | | | | |
| 139.  AT&T | A | Dividend | J | T | | | | | |
| 140. | | | | | | | | | |
| 141.  Held as Custodian: | | | | | | | | | |
| 142.  Excel Engergy Inc. common | C | Dividend | | | Distributed | 09/01/17 | L | D | |
| 143. | | | | | | | | | |
| 144.  Trust No. 2: | | | | | | | | | |
| 145.  Schwab Vaulue Advantage Fund | A | Dividend | L | T | | | | | |
| 146.  GNMA PL | A | Interest | J | T | | | | | |
| 147. | A | Distribution | | | | | | | |
| 148.  National Grid PLC | A | Dividend | J | T | | | | | |
| 149.  Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 150.  Essex Property Trust | B | Dividend | K | T | | | | | |
| 151.  Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 152.  Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 153.  Charles Schwab Money Market Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 155. AT & T Corp. new | D | Dividend | N | T | | | | | |
| 156. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 157. | | | | | | | | | |
| 158. Held in Account 8 | | | | | | | | | |
| 159. Cisco Systems common | B | Dividend | L | T | | | | | |
| 160. General Electric common | A | Dividend | K | T | | | | | |
| 161. AT & T | A | Dividend | J | T | | | | | |
| 162. Northern Trust US Govt Money Market Fund X | A | Dividend | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. O & M Investment Partners: | | | | | | | | | |
| 165. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |
| 166. O & M Investment Partners/Playa Vista Y | | | | | | | | | |
| 167. O & M Investment Partners/Playa Vista II Y | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. Bank Accounts: | | | | | | | | | |
| 170. Bank of America | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. One West Bank | A | Interest | M | T | | | | | |
| 172. One West Bank | A | Interest | M | T | | | | | |
| 173. One West Bank (Checking) | | None | K | T | | | | | |
| 174. | | | | | | | | | |
| 175. Custodian Accounts: | | | | | | | | | |
| 176. Custodian Account BCS 1 | | | | | | | | | |
| 177. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 178. Custodian Account BCS 2 | | | | | | | | | |
| 179. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 180. Custodian Account BCS 3 | | | | | | | | | |
| 181. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 182. Custodian Account BCS 4 | | | | | | | | | |
| 183. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 184. Custodian Account BCS 5 | | | | | | | | | |
| 185. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 186. Custodian Account BCS 6 | | | | | | | | | |
| 187. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Custodian Account JSL1 | | | | | | | | | |
| 189. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 190. Custodian Account JSL2 | | | | | | | | | |
| 191. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 192. Custodian Account JSL3 | | | | | | | | | |
| 193. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 194. Custodian Account SSD1 | | | | | | | | | |
| 195. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 196. Custodian Account SSD2 | | | | | | | | | |
| 197. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 198. Custodian Account SSD3 | | | | | | | | | |
| 199. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | Partial Gift |
| 200. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 162 reports Northern Trust Gov't Money Market Fund. This fund "sweeps" dividends from the common stock holdings in the account. Last year it reached reporting levels, but I failed to report. In my 2016 report, the following entry should have appeared after Section VII, line 152:

Northern Trust Gov't Money Market Fund.    A   Dividend J T

I regret the error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544